AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Georgia

| | |
|---|---|
| Mathew Whitest, M.D., Sarah Williamson, Kenya Williamson, Betty Jean Williamson, George Whitehead, Jr., Curtis Lucas, Jr., and Crandall Postell <br><br> *Plaintiff(s)* <br><br> v. <br><br> Crisp County, Georgia Board of Education; Scott Forehand, Bill Wilson, Lydia Adkins, Lelee Phinney, Lonnie Nelms and Charles Kerr in their official capacities as members of the Board of Education of Crisp County; and Becky Perkins, in their official capacity as Elections' Supervisor of the Crisp County Board of Elections and Registration, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Mrs. Lydia Adkins
City District
Crisp County Board of Education
Crisp County Schools
201 7th Street South
Cordele, Georgia 31015

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  M. Laughlin McDonald
(Ga. Bar No. 489550)
American Civil Liberties Union Foundation, Inc.
2700 International Tower
229 Peachtree Street
Atlanta, Georgia 30303

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____   _____
*Signature of Clerk or Deputy Clerk*