IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| MATHEW WHITEST, M.D., SARAH WILLIAMSON, KENYA WILLIAMSON, BETTY JEAN WILLIAMSON, GEORGE WHITEHEAD, JR., CURTIS LUCAS, JR., and CRANDALL POSTELL, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO.: 1:17-cv-00109-LJA |
| v. | ) ) | |
| CRISP COUNTY, GEORGIA BOARD OF EDUCATION; SCOTT FOREHAND, BILL WILSON, LYDIA ADKINS, LELEE PHINNEY, LONNIE NELMS and CHARLES KERR in their official capacities as members of the Board of Education of Crisp County; and BECKY PERKINS, in her official capacity as Elections Supervisor of the Crisp County Board of Elections and Registration, | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**MOTION TO DISMISS PLAINTIFFS' COMPLAINT BY DEFENDANT BECKY PERKINS, IN HER OFFICIAL CAPACITY AS ELECTIONS SUPERVISOR OF THE CRISP COUNTY BOARD OF ELECTIONS AND REGISTRATION**

COMES NOW Defendant Becky Perkins, in her official capacity as Elections Supervisor of the Crisp County Board of Elections and Registration ("Ms. Perkins"), and moves to dismiss Plaintiffs' complaint under Federal Rule of Civil Procedure 12(b)(6) because Plaintiffs have failed to state a claim upon which relief can be granted; failed to join an indispensable party as required by Federal Rules of Civil Procedure 12(b)(7) and 19; and have failed to bring their claim in a timely manner, making it barred by laches.

In support of this motion, Ms. Perkins files the attached Brief in Support of her Motion to Dismiss Plaintiffs' Complaint.

1

WHEREFORE, Ms. Perkins respectfully requests that this case be dismissed with all costs cast against Plaintiffs.

Respectfully submitted this 9th day of August, 2017.

>/s/ Anne W. Lewis
Anne W. Lewis
Georgia Bar No. 737490
awl@sbllaw.net
Barclay S. Hendrix
Georgia Bar No. 917852
barclay.hendrix@sbllaw.com
STRICKLAND BROCKINGTON LEWIS LLP
Midtown Proscenium Suite 2200
1170 Peachtree Street NE
Atlanta, Georgia 30309
(678) 347-2200 (telephone)
(678) 347-2210 (facsimile)

*Attorneys for Defendant Becky Perkins in her official capacity*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| MATHEW WHITEST, M.D., *et al.*,    ) | |
| ) | |
|    Plaintiffs,    ) | CIVIL ACTION NO.: |
| ) | 1:17-cv-109-LJA |
| v.    ) | |
| ) | |
| CRISP COUNTY, GEORGIA BOARD OF    ) | |
| EDUCATION, *et al.*,    ) | |
| ) | |
|    Defendants.    ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this day electronically served the within and foregoing **MOTION TO DISMISS PLAINITFFS' COMPLAINT BY DEFENDANT BECKY PERKINS, IN HER OFFICIAL CAPACITY AS ELECTIONS SUPERVISOR OF THE CRISP COUNTY BOARD OF ELECTIONS AND REGISTRATION** to the following attorneys of record:

> M. Laughlin McDonald, Esq.
> 2700 International Tower
> 229 Peachtree Street, NE
> Atlanta, GA 30303
> lmcdonald@aclu.org
>
> Bryan L. Sells, Esq.
> P.O. Box 5493
> Atlanta, GA 31107
> bryan@bryansellslaw.com
>
> Aklima Khondoker
> Sean J. Young
> American Civil Liberties Union of Georgia
> P. O. Box 77208
> Atlanta, Georgia 33057
> akhondoker@acluga.org
> syoung@acluga.org

        Phillip L. Hartley
        Hieu M. Nguyen
        Harben, Hartley & Hawkins, LLP
        340 Jesse Jewell Parkway, Suite 750
        phartley@hhhlawyers.com
        hnguyen@hhhlawyers.com

This 9th day of August, 2017.

        s/ Anne W. Lewis
        Anne W. Lewis
        Georgia Bar No. 737490