Filed
5/19/05



# State of Georgia

## OFFICE OF SECRETARY OF STATE

I, Cathy Cox, Secretary of State of the State of Georgia, do hereby certify that the seven pages of photocopied matter hereto attached, Act No. 182 (H.B. 415) approved by the Governor on May 5, 2005 contain a true and correct copy of an Enrolled Act affecting your county; all as the same appear of file and record in this office.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of my office, at the Capitol, in the City of Atlanta, this 17th day of May, in the year of our Lord Two Thousand and Five and of the Independence of the United States of America the Two Hundred and Twenty-ninth.



_____
SECRETARY OF STATE

STATE OF GEORGIA
COUNTY OF CRISP



## RESOLUTION
## TO ESTABLISH A CRISP COUNTY BOARD OF ELECTIONS AND REGISTRATION

**WHEREAS**, Crisp County is required by the O.C.G.A. §21-2-212 to establish a Board of Registrars; and

**WHEREAS**, the General Assembly is authorized by the O.C.G.A. §21-2-40 to establish a Board of Elections in lieu of the Probate Judge performing duties relating to elections under O.C.G.A. §15-9-30; and

**WHEREAS**, the General Assembly is authorized by the O.C.G.A. §21-2-40 to create a Crisp County Board of Elections and Registration; and

**WHEREAS**, a combined a Crisp County Board of Elections and Registration will provide for a more efficient election process and more effective voter registration process; and

**WHEREAS**, the improved efficiency and effectiveness provided by a combined a Crisp County Board of Elections and Registration will result in a better service and conserved resources for the Citizens of Crisp County; and

**WHEREAS**, the Board of Commissioners of Crisp County desires to have established a Crisp County Board of Elections and Registration; and

**NOW THEREFORE, BE IT RESOLVED**, that the Board of Commissioners of Crisp County does hereby pray that the Georgia General Assembly establish a Crisp County Board of Elections and Registration, to be effective July 1, 2005, through enactment of local legislation by the General Assembly; and

**BE IT FURTHER RESOLVED** that the Board of Commissioners of Crisp County does hereby pray that the Georgia General Assembly establish the membership of the Crisp County Board of Elections and Registration, to be a Chairperson and four members; the Chairperson to be appointed by the Board of Commissioners of Crisp County, one member to be appointed by the Democratic Executive Committee, one member to be appointed by the Republican Executive Committee, and two members to be nominated by the Grand Jury of Crisp County and appointed by the Chief Superior Court Judge of the Cordele Judicial Circuit

**ADOPTED IN LEGAL ASSEMBLY** this 14th Day of December 2004.

_____
J. R. Dowdy, Jr., Chairman

_____
James D. Harris, Commissioner

_____
Joyce Cason Pheil, Commissioner

_____
Ferrell Henry, Commissioner

_____
Authur James Nance, Commissioner

ATTEST: _____
Lester E. Crapse, Jr., Administrator

ENROLLMENT

April 5, 2005

The Committee of the House on Information and Audits has examined the within and finds the same properly enrolled.

_____
Chairman

_____
Speaker of the House

_____
Clerk of the House

_____
President of the Senate

_____
Secretary of the Senate

Received _____
Secretary, Executive Department

This 5th day of April, 2005

Approved

_____
Sonny Perdue, Governor

This 5 day of May, 2005

H.B. No. 415    Act No. 182
General                Assembly

## AN ACT

To create a board of elections and registration for Crisp County and to provide for its powers and duties; and for other purposes.

**IN HOUSE**

Read 1st time    2-10-05
Read 2nd time    2-14-05
Read 3rd time    2-17-05

And    Passed

Yeas 134    Nays 0

_____
Clerk of the House

**IN SENATE**

Read 1st time    2-22-05
Read 2nd time
Read 3rd time

And    Passed 3-15-05

Yeas    45    Nays    0

Passed Both Houses

_____
Secretary of the Senate

By: Rep. Floyd of the 147th

## AN ACT

To create a board of elections and registration for Crisp County and to provide for its powers and duties; to provide for definitions; to provide for the composition of the board and the selection and appointment of members; to provide for the qualification, terms, and removal of members; to provide for oaths and privileges; to provide for meetings, procedures, and vacancies; to relieve certain officers of powers and duties and to provide for the transfer of functions to the newly created board; to provide for certain expenditures of public funds; to provide for compensation of members of the board and personnel; to provide for offices and equipment; to provide for the board's performance of certain functions and duties for certain municipalities; to provide for related matters; to provide effective dates; to repeal conflicting laws; and for other purposes.

BE IT ENACTED BY THE GENERAL ASSEMBLY OF GEORGIA:

### SECTION 1.

Pursuant to subsection (b) of Code Section 21-2-40 of the O.C.G.A., there is created the Board of Elections and Registration of Crisp County, hereinafter referred to as "the board." The board shall have the powers, duties, and responsibilities of the judge of the probate court of Crisp County under Chapter 2 of Title 21 of the O.C.G.A., the "Georgia Election Code," and the powers, duties, and responsibilities of the board of registrars of Crisp County under Chapter 2 of Title 21 of the O.C.G.A., the "Georgia Election Code."

### SECTION 2.

The terms "election," "elector," "political party," "primary," and "public office" shall have the same meaning as set forth in Chapter 2 of Title 21 of the O.C.G.A., the "Georgia Election Code," unless otherwise clearly apparent from the text of this Act, and the term "commissioners" means the Board of Commissioners of Crisp County and "county" means Crisp County.

### SECTION 3.

(a) The board shall be composed of a chairperson and four members who shall be appointed as provided in this section.

(b) One member of the board shall be selected by the governing authority of Crisp County to serve as chairperson of the board who shall serve as such during his or her term of office.

H. B. 415
- 1 -

(c) One member of the board shall be appointed by the political party which received the highest number of votes within the county for its candidate for Governor in the general election immediately preceding the appointment of such member. One member of the board shall be appointed by the political party which received the second highest number of votes within the county for its candidate for Governor in the general election immediately preceding the appointment of such member. Each of these respective members appointed by political parties shall be nominated by the party chairperson and ratified by the county executive committee of the respective political party at least 30 days before the beginning of the term of office or within 30 days after the creation of a vacancy in the office. In the event that a political party entitled to appoint a member of the board does not have a county executive committee, such appointment shall be made by the state executive committee of such political party.

(d) Two members of the board shall be nominated by the grand jury of Crisp County and appointed by the chief judge of the Superior Court of Crisp County.

(e) All appointments to the board shall be promptly certified by the governing authority of Crisp County to the clerk of the Superior Court of Crisp County.

(f) In making the initial appointments to the board, the members shall be appointed by the respective appointing authorities not later than June 1, 2005. The governing authority shall designate two of the initial appointees to serve terms beginning on July 1, 2005, and ending on June 30, 2007, and until their successors are duly appointed and qualified. Successors to such members shall thereafter be appointed to serve terms of office of four years beginning July 1, 2007, and until their successors are duly appointed and qualified. The initial chairperson and the other initial appointees shall serve terms beginning on July 1, 2005, and ending on June 30, 2009, and until their successors are duly appointed and qualified. Successors to such members shall thereafter be appointed to serve terms of office of four years beginning July 1, 2009, and until their successors are duly appointed and qualified. Thereafter, all members shall be appointed to serve four-year terms of office.

## SECTION 4.

(a) No person who holds elective public office shall be eligible to serve as a member of the board during the term of such elective office, and the position of any member of the board shall be deemed vacant upon such member's qualifying as a candidate for elective public office.

(b) Members of the board must be residents of Crisp County and must have been registered voters in Crisp County for a period of at least one year prior to the date of their appointment to the board.

### SECTION 5.

The governing authority of Crisp County shall certify the appointment of each member of the board by filing an affidavit with the clerk of the superior court not later than 15 days preceding the date upon which each member is to take office, stating the name and residential address of the person appointed and certifying such member has been duly appointed as provided in this Act. The clerk of the superior court shall record each of such certifications on the minutes of the superior court and shall certify the name of each such appointed member to the Secretary of State and provide for the issuance of appropriate commissions to the members within the same time and in the same manner as provided by law for registrars.

### SECTION 6.

Each member of the board shall be eligible to serve two full four-year terms of office, shall have the right to resign at any time by giving written notice of such resignation to the governing authority of Crisp County and to the clerk of the superior court, and shall be subject to removal from the board by the governing authority of Crisp County at any time, for cause, after notice and hearing.

### SECTION 7.

In the event a vacancy occurs in the office of any appointed member before the expiration of his or her term, by removal, death, resignation, or otherwise, the governing authority shall appoint a successor to serve the remainder of the unexpired term as provided for in Section 3 of this Act. The clerk of the superior court shall be notified of such interim appointments and record and certify such appointments in the same manner as the regular appointment of members.

### SECTION 8.

Before entering upon the member's duties, each member shall take substantially the same oath as required by law for registrars and shall have the same privileges from arrest.

### SECTION 9.

(a) The board shall be authorized to organize itself, determine its procedural rules and regulations, adopt bylaws, specify the functions and duties of its employees, and otherwise take such action as is appropriate to the management of the affairs committed to its supervision; provided, however, that no such action shall conflict with state law. Action and decision by the board shall be by a majority of the members of the board. The board shall

be responsible for the selection, appointment, and training of poll workers in primaries and elections.

(b) The board shall fix and establish, by appropriate resolution entered on its minutes, directives governing the execution of matters within its jurisdiction. Any specially called meeting shall be called by the chairperson or any two members of the board. The board shall maintain a written record of policy decisions amended to include additions or deletions. Such written records shall be made available for the public to review.

### SECTION 10.

The board shall have the authority to contract with any municipality located within Crisp County for the holding by the board of any primary or election to be conducted within such municipality.

### SECTION 11.

(a) The governing authority of Crisp County shall be authorized to appoint an election supervisor to generally supervise, direct, and control the administration of the affairs of the board pursuant to law and duly adopted resolutions of the board. The election supervisor shall not be a member of the board. The election supervisor shall be considered an employee of Crisp County and shall be entitled to the same benefits as other employees of Crisp County.

(b) The governing authority of Crisp County is authorized to employ additional clerical assistants as needed to carry out the duties and functions of the board. All such clerical assistants shall be considered to be employees of Crisp County and shall be entitled to the same benefits as other employees of Crisp County.

### SECTION 12.

Compensation for the members of the board, election supervisor, clerical assistants, and other employees shall be fixed by the governing authority of Crisp County. Such compensation shall be paid wholly from county funds.

### SECTION 13.

The governing authority of Crisp County shall provide the board with such proper and suitable offices, equipment, materials, and supplies and with such clerical assistance and other employees as the governing authority of Crisp County deems appropriate.

## SECTION 14.

This Act shall become effective upon its approval by the Governor or upon its becoming law without such approval for purposes of making initial appointments to the board only. This Act shall become fully effective on July 1, 2005. Upon this Act becoming fully effective, the superintendent of elections of Crisp County and the board of registrars of Crisp County shall be relieved of all powers and duties to which the board succeeds by the provisions of this Act and shall deliver to the board all equipment, supplies, materials, books, papers, records, and facilities pertaining to such powers and duties.

## SECTION 15.

All laws and parts of laws in conflict with this Act are repealed.

**NOTICE OF INTENTION TO INTRODUCE LOCAL LEGISLATION**

Notice is given that there will be introduced at the regular 2005 session of the General Assembly of Georgia a bill to create a board of elections and registration of Crisp County and to provide for its power and duties; to provide for definitions; to provide for the composition of the board and the selection and appointment of members; to provide for the qualification, terms, and removal of members; to provide for oaths and privileges; to provide for meetings, procedures, and vacancies; to relieve certain officers of powers and duties and to provide for the transfer of functions to the newly created board; to provide for certain expenditures of public funds; to provide for compensation of members of the board and personnel; to provide for offices and equipment; to provide for the board's performance of certain functions and duties for certain municipalities; to provide for related matters; to provide effective dates; and for other purposes.

This 28th day of January, 2005.
Representative Johnny W. Floyd
147th District

GEORGIA, FULTON COUNTY

Personally appeared before me, the undersigned authority, duly authorized to administer oaths, Johnny Floyd, who on oath deposes and says that he is the Representative from District 147 and further deposes and says that the attached Notice of Intention to Introduce Local Legislation was published in the Cordele Dispatch which is the official organ of Crisp County on January 30, 2005, and that the notice requirements of Code Section 28-1-14 have been met.

s/ Johnny Floyd
Representative, District 147

Sworn to and subscribed before me,
this 9th day of February 2005.

s/ Susan Gordon
Susan Gordon
Notary Public, Rockdale County, Georgia
My Commission Expires Nov. 18, 2005
(SEAL)

APPROVED

MAY -5 2005

BY GOVERNOR

H. B. 415