# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ALBANY DIVISION

| | |
|---|---|
| MATHEW WHITEST, *et al.*, : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | CASE NO.: 1:17-CV-109-LJA |
| : | |
| CRISP COUNTY GEORGIA BOARD : | |
| OF EDUCATION, *et al.*, : | |
| : | |
| Defendants. : | |
| : | |

## ORDER

Before the Court is the Consent Motion For an Additional Stay of Proceedings and Status Report (the "Consent Motion"), filed January 16, 2018. (Doc. 42.) On October 20, 2017, the Court granted the parties' Consent Motion to Stay Proceedings (Doc. 34) pending settlement discussions and stayed any further discovery until December 4, 2017. (*See* Doc. 37.) On December 4, 2017, the parties filed the Status Report and Consent Motion for an Additional Stay of Proceedings (Doc. 38) in which the parties represented they had been making progress in reaching a settlement agreement but needed additional time to reach a final decision. (*Id.* at 1.) The Court granted the Status Report (Doc. 38) on December 11, 2017, staying all existing deadlines in the action, including responding to written discovery requests that have been served and conducting any further discovery. (Doc. 41.) The Court directed the parties to provide a Status Report by January 15, 2018. (*Id.*)

On January 16, 2018, the parties filed the Consent Motion, representing they have drafted a proposed order settling the claims in the action but that "both plaintiffs and the defendant Board of Education need at least one additional in person meeting with their respective counsel in order to determine whether the parties are in full agreement with the proposed agreement and order so that it can be presented to the Court." (Doc. 42.) The parties further represent that if they are unable to settle the matter by February 16, 2018, "they will

provide the Court with a Status Report and respond to outstanding discovery requests within thirty (30) days of the filing of the Status Report." (*Id.* at 2.)

Accordingly, for good cause shown, the Consent Motion (Doc. 42) is **GRANTED**. All existing deadlines in the instant action, including responding to written discovery requests that have been served and conducting any further discovery, are hereby **STAYED**. The parties are directed to provide a Status Report to the Court by **February 16, 2018**. The Status Report shall include an amended proposed scheduling order in the event a settlement is not reached. Further, in the event that a settlement is not reached, the parties are directed to respond to outstanding written discovery within **thirty (30) days** of the filing of the Status Report.

**SO ORDERED**, this 22nd day of January, 2018.

        /s/ Leslie J. Abrams
**LESLIE J. ABRAMS, JUDGE**
**UNITED STATES DISTRICT COURT**