IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

|   |   |
|---|---|
| MATHEW WHITEST, *et al.*, : | |
| : | |
| Plaintiff, : | |
| v. : | CASE NO.:  1:17-CV-109 (LAG) |
| : | |
| CRISP COUNTY BOARD OF EDUCATION, : | |
| *et al.*, : | |
| : | |
| Defendants. : | |
| _____ : | |

## ORDER

Before the Court is Defendant Becky Perkins' Motion to Dismiss (Doc. 18). Plaintiffs filed their Complaint on June 14, 2017. (Doc. 1.) Defendant Perkins filed the present Motion to Dismiss for failure to state a claim under Rule 12(b)(6) on August 9, 2017. (Doc. 18.) Thereafter, Plaintiffs filed an Amended Complaint on August 30, 2017, and Defendant Perkins filed a Motion to Dismiss Plaintiff's Amended Complaint on September 13, 2017. (Docs. 24, 27.)

In light of Plaintiffs' Amended Complaint, Defendant Perkins' first Motion to Dismiss is rendered moot. "An amended complaint supersedes an original complaint." *Malowney v. Fed. Collection Deposit Grp.*, 193 F.3d 1342, 1345 n.1 (11th Cir. 1999). "It is well-established that an amended complaint supercedes [sic] an original complaint and renders the original complaint without legal effect." *In re Wireless Tel. Fed. Cost Recovery Fees Litig.*, 396 F.3d 922, 928 (8th Cir. 2005) (citation omitted); *see also Fritz v. Standard Sec. Life Ins. Co. of New York*, 676 F.2d 1356, 1358 (11th Cir. 1982) ("[A]n amended complaint supersedes the original complaint."). Consequently, Defendant Perkins' Motion to Dismiss (Doc. 18) Plaintiffs' original Complaint is **DENIED as moot**.

**SO ORDERED**, this 11th day of January, 2019.

                                            /s/ Leslie Abrams Gardner
                                            **LESLIE ABRAMS GARDNER, JUDGE**
                                            **UNITED STATES DISTRICT COURT**