# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
### ALBANY DIVISION

**Mathew Whitest**, et al.,

      Plaintiffs,

vs.

**Crisp County School District**, et al.,

      Defendants.

Case No. 1:17-cv-109-LAG

**Joint Motion for Entry of a Consent Order**

Plaintiffs Mathew Whitest and Curtis Lucas (hereinafter the "Whitest" plaintiffs"), together with the defendant Crisp County School District, and the defendants Justin Posey, Scott Forehand, Lydia Adkins, Lelee Phinney, Lonnie Nelms, Elizabeth Maddox, in their official capacity as members of the Crisp County Board of Education, and the defendant Crisp County Board of Elections and Registration, respectfully move the Court for entry of the consent order attached hereto as Exhibit 1.  The aforementioned parties have negotiated in good faith and wish to resolve this matter without further litigation on the

terms set forth in the order.  In support of this motion, the parties stipulate as follows:

1.      This Court has jurisdiction over this action under 28 U.S.C. §§ 1331, 1343(a)(3) and (4), 2201, 2202, and 52 U.S.C. § 10308(f).

2.      The Whitest plaintiffs allege that the current method of electing members of the Crisp County School Board violates Section 2 of the Voting Rights Act, 52 U.S.C. § 10301. (ECF 24 at 8.)

3.      The Whitest plaintiffs and the defendants have agreed to entry of the consent order attached as Exhibit 1.  The order sets forth a new method of electing members of the Crisp County School Board which complies with Section 2 of the Voting Rights Act.  Under this new method, the Crisp County School District will be divided into four districts, each of which will elect one member of the school board, and a fifth member will be elected on an at-large basis from the county as a whole. This method of election is permissible under Georgia law.

4.      On February 4, 2021, the Crisp County Board of Education voted to approve the entry of the consent order.

5.      On February 2, 2021, the Crisp County Board of Elections and Registration voted to approve the entry of the consent order.

6.	The consent order is "fair, reasonable, and lawful." *Stovall*

*v. City of Cocoa, Fla.*, 117 F.3d 1238, 1244 (11th Cir. 1997).

Dated: February 10, 2021

**/s/ Bryan L. Sells**
Georgia Bar No. 635562
The Law Office of Bryan L. Sells, LLC
PO Box 5493
Atlanta, Georgia 31107-0493
Telephone: (404) 480-4212
Email: bryan@bryansellslaw.com

**Sean J. Young**
Georgia Bar No. 790399
American Civil Liberties Foundation of Georgia, Inc.
P.O. Box 77208
Atlanta, Georgia 33057
Telephone: (770) 303-8111
Email: syoung@acluga.org

**Dale E. Ho**
American Civil Liberties Union Foundation, Inc.
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 284-7332
Email: dho@aclu.org

*Attorneys for the Whitest Plaintiffs*

**/s/ Phillip L. Hartley**
Hieu M. Nguyen (Georgia Bar No. 382526)
Phillip L. Hartley (Georgia Bar No. 333987)
340 Jesse Jewell Parkway, Suite 750
Gainesville, Georgia 30501
Telephone: 770-534-7341
Fax: 770-532-0399
hnguyen@hhhlawyers.com
phartley@hhhlawyers.com

*Attorneys for the Crisp County School District Defendants*

**/s/ Bryan P. Tyson**
Frank B. Strickland
Georgia Bar No. 687600
fstrickland@taylorenglish.com
Bryan P. Tyson
Georgia Bar No. 515411
btyson@taylorenglish.com
Loree Anne Paradise
Georgia Bar No. 382202
lparadise@taylorenglish.com
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339
770.434.6868 (telephone)

*Attorneys for the Crisp County Board of Elections and Registration*

## Certificate of Service

I hereby certify that I have filed the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send email notification of the filing to the following attorneys of record:

Phillip L. Hartley: phartley@hhhlawyers.com
Hieu N. Nguyen: hnguyen@hhhlawyers.com
Frank B. Strickland: fstrickland@taylorenglish.com
Bryan P. Tyson:  btyson@taylorenglish.com

I further certify that I have served the foregoing document by U.S. Mail on the following non CM/ECF participants:

Crandall Postell
311 1st Avenue West
Cordele, GA 31015

Kenya Williamson
505 South 14th St
Cordele, GA 31015

George Whitehead, Jr
505 South 14th St
Cordele, GA 31015

Sarah Williamson
505 South 14th St
Cordele, GA 31015

Betty Jean Williamson
305 24th Ave West Apt E
Cordele, GA 31015

Dated: February 10, 2021

**/s/ Bryan L. Sells**
*Attorney for the Whitest Plaintiffs*