IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| MATHEW WHITEST, et al., | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * CIVIL ACTION NO.: |
| | * 1:17-CV-00109-LAG |
| | * |
| CRISP COUNTY GEORGIA BOARD | * |
| OF EDUCATION, ET AL., | * |
| | * |
| Defendants. | * |

## **NOTICE OF APPEAL**

Notice is hereby given that Crandall O. Postell, plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the final judgment on liability issued by the Court in this action on the 20th, day of August, 2021 (*see* ECF No. 119 at 8).

This 17th day of September, 2021.

_____
CRANDALL O. POSTELL, pro se
311 1st Ave. West, Apt. A
Cordele, Georgia 31015
(229) 322-7667
postellbarbershop@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of September, 2021, I have served the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing and by U.S. Mail to the following parties and attorneys of record:

Dale E. Ho – dho@aclu.org
Sean J. Young – syoung@acluga.org
Bryan L. Sells – bryan@bryansellslaw.com
Phillip L. Hartley – phartley@hhhlawyers.com
Hieu M. Nguyen – hnguyen@hhhlawyers.com
Frank B. Strickland – fbs@sbllaw.net
Bryan P. Tyson – btyson@taylorenglish.com
Loree Anne Paradise – lparadise@taylorenglish.com
Sarah Williamson – Swilliamson3507@yahoo.com
Kenya Williamson – kenya9501@gmail.com
Betty Jean Williamson – Swilliamson3507@yahoo.com
George Whitehead, Jr. - brownhiduke@yahoo.com

CRANDALL O. POSTELL, pro se
311 1st Ave. West, Apt. A
Cordele, Georgia 31015
(229) 322-7667
postellbarbershop@gmail.com