UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| **Mathew Whitest, M.D.**, et al.,    ) | |
|     Plaintiffs,    ) | |
| vs.    ) | |
| ) | Case No. 1:17-cv-109-LAG |
| ) | |
| **Crisp County School District**, et al.    ) | |
|     Defendants.    ) | |
| ) | |

**DEFENDANT CRISP COUNTY SCHOOL DISTRICT'S
REPORT OF MEETING WITH LEGISLATIVE DELEGATION**
_____

In accordance with the Order of this Court entered August 20, 2021, the Defendant Crisp County Board of Education through its Superintendent and Counsel met with the State Senator and Representative representing Crisp County in the General Assembly most recently on October 26, 2021. This was a follow up to several meetings with Representative Williams and one joint meeting with Representative Williams and Senator Summers. As a result of this meeting, the legislators have written a letter of sponsorship to the Legislative Reapportionment Office as required by O.C.G.A. §28-1-14.1 to allow that Office to work with the School District on developing districts that can be part of the local legislation contemplated in the Court's order. Throughout this process, the District will inform and collaborate with Plaintiffs and the Board of Elections and will inform the Court as to the position of the various parties with regard to any proposed legislation. Time for pre-implementation review will be provided to the Court and all parties.

As the Court and the parties know, the General Assembly will be in Special Session beginning November 3, 2021 to consider State reapportionment issues. The Governor's call for that Special Session does not explicitly mention local redistricting legislation as one of the purposes. While discussions will be held with legislative counsel and representatives to see if there is any way that legislation relevant to this case can be introduced during that Session the probability is that such legislation will have to wait for the Regular Session in January, 2022. The plan is to enact that legislation as early in the Session as possible and get it signed by the Governor. Since final enactment will require that the voters of Crisp County approve the rescission of the existing local constitutional amendment, it is possible that the parties will seek the Court's intervention to enter an Order applicable to 2022 so that the elections of 2022 can be held in accordance with the contemplated new local legislation and the Court's Order. Hopefully a new district plan will be legislatively in place and can be the basis for any order of the Court that it go into effect during 2022 as agreed by the parties. Hopefully, any Order could be entered so as to expire when the legislative plan is approved by the voters and becomes effective under State law, if such a referendum cannot be conducted prior to qualifying dates in March. Counsel stands ready to clarify any points not clear to the Court and to keep the Court and all parties informed as the process proceeds.

****

This 28th day of October, 2021.

Gateway Professional Center
340 Jesse Jewell Parkway         HARBEN, HARTLEY & HAWKINS, LLP
Suite 750
Gainesville, Georgia 30501       */s/ Phillip L. Hartley*
Telephone: (770) 534-7341        Phillip L. Hartley
Facsimile: (770) 532-0399        Georgia Bar No. 333987

Email: phartley@hhhlawyers.com
       hnguyen@hhhlawyers.com

Hieu M. Nguyen
Georgia Bar No.: 382526

ATTORNEYS FOR DEFENDANTS
CRISP COUNTY SCHOOL DISTRICT,
JUSTIN POSEY, SCOTT FOREHAND, LYDIA
ADKINS, LELEE PHINNEY, LONNIE NELMS
AND ELIZABETH MADDOX

### CERTIFICATE OF SERVICE

The undersigned attorney does hereby certify that he has on this date electronically filed the *Defendant Crisp County School District's Report of Meeting with Legislative Delegation* with the Clerk of Court which will automatically send e-mail notification of such filing to the following attorney(s) of record:

Bryan L. Sells – bryan@bryansellslaw.com
Sean J. Young – syoung@acluga.org
Dale E. Ho – dho@aclu.org
Frank B. Strickland – fstrickland@taylorenglish.com
Bryan P. Tyson – btyson@taylorenglish.com
Loree Anne Paradise – lparadise@taylorenglish.com

and by depositing same via first class U.S. Mail to the following Pro-Se Plaintiffs:

| | | |
|---|---|---|
| BETTY JEAN WILLIAMSON<br>305 24TH AVE WEST APT E<br>CORDELE, GA 31015 | GEORGE WHITEHEAD, JR<br>505 SOUTH 14TH ST<br>CORDELE, GA 31015 | SARAH WILLIAMSON<br>505 SOUTH 14TH ST<br>CORDELE, GA 31015 |
| CRANDALL POSTELL<br>311 1ST AVE W APT A<br>CORDELE, GA 31015 | KENYA WILLIAMSON<br>505 SOUTH 14TH ST<br>CORDELE, GA 31015 | |

This 28th day of October, 2021.

| | |
|---|---|
| Gateway Professional Center | |
| 340 Jesse Jewell Parkway | HARBEN, HARTLEY & HAWKINS, LLP |
| Suite 750 | |
| Gainesville, Georgia 30501 | */s/ Phillip L. Hartley* |
| Telephone: (770) 534-7341 | Phillip L. Hartley |
| Facsimile: (770) 532-0399 | Georgia Bar No. 333987 |
| Email: phartley@hhhlawyers.com | |
| | ATTORNEYS FOR DEFENDANTS |
| | CRISP COUNTY SCHOOL DISTRICT, |
| | JUSTIN POSEY, SCOTT FOREHAND, LYDIA ADKINS, LELEE PHINNEY, LONNIE NELMS AND ELIZABETH MADDOX |

4