IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| **Mathew Whitest**, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>**Crisp County School District**, et al.,<br><br>    Defendants. | Case No. 1:17-cv-109-LAG<br><br>**Whitest Plaintiffs' Response to the Defendant Crisp County School District's Report of Meeting with Legislative Delegation** |

Plaintiffs Dr. Mathew Whitest and Curtis Lucas, Jr. (the "Whitest plaintiffs") respectfully submit this response to the Crisp County School District's report of its meeting with Crisp County's legislative delegation. (ECF 125.) The report makes clear that the General Assembly *cannot* act in time for the school district to hold school-board elections in 2022 under a lawful plan, so this Court should immediately begin the process of devising an interim remedy.

The parties previously indicated that a remedy would need to be in place by March 7, 2022, if elections are to be held next year under a new

plan. (ECF 120.) The school district's recent report indicates (correctly), that the special legislative session beginning November 3, 2021, does not include local redistricting legislation as one of its purposes and that any action on a legislative remedy in this case would therefore have to wait until the regular session beginning in January 2022. (ECF 125 at 2.)

But a legislative remedy here is at least a two-step process. First, the General Assembly must adopt a local constitutional amendment repealing the 1956 amendment that created the unlawful at-large election plan. Second, the constitutional amendment must be approved by the voters of Crisp County in a constitutional referendum.

Under Georgia law, however, the earliest date on which the question of repeal could be put to the voters in 2022 is the date of the general primary election: May 24, 2022. *See* O.C.G.A. § 21-2-540(c)(2)(B). It is thus impossible to have a legislative remedy fully in place by March 7. The General Assembly might *enact* a remedial plan before March 7, but it could not take effect under Georgia law before sometime after May 24.

As a result, this Court should immediately begin the process of devising an interim remedy for use in 2022 and until a legislative

2

remedy is fully in place. The Court should invite all parties to submit remedial proposals, and it is possible that a court-ordered remedy could be similar to a not-yet-effective legislative remedy. But that remains to be seen. Any remedy, whether legislative or court-ordered, would be subject to pre-implementation review for compliance with the Voting Rights Act.

Dated: November 4, 2021

**/s/ Bryan L. Sells**
Georgia Bar No. 635562
The Law Office of Bryan L. Sells, LLC
PO Box 5493
Atlanta, Georgia 31107-0493
Telephone: (404) 480-4212
Email: bryan@bryansellslaw.com

**Sean J. Young**
Georgia Bar No. 790399
American Civil Liberties Foundation of Georgia, Inc.
P.O. Box 77208
Atlanta, Georgia 33057
Telephone: (770) 303-8111
Email: syoung@acluga.org

**Dale E. Ho**
American Civil Liberties Union Foundation, Inc.
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 284-7332
Email: dho@aclu.org

*Attorneys for the Whitest Plaintiffs*

## Certificate of Service

I hereby certify that I have filed the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send email notification of the filing to the following attorneys of record:

Phillip L. Hartley: phartley@hhhlawyers.com
Hieu N. Nguyen: hnguyen@hhhlawyers.com
Frank B. Strickland: fstrickland@taylorenglish.com
Bryan P. Tyson: btyson@taylorenglish.com

I further certify that I have served the foregoing document by U.S. Mail on the following non CM/ECF participants:

Crandall Postell
311 1st Avenue West
Cordele, GA 31015

Kenya Williamson
505 South 14th St
Cordele, GA 31015

George Whitehead, Jr
505 South 14th St
Cordele, GA 31015

Sarah Williamson
505 South 14th St
Cordele, GA 31015

Betty Jean Williamson
305 24th Ave West Apt E
Cordele, GA 31015

Dated: November 4, 2021

**/s/ Bryan L. Sells**
*Attorney for the Whitest Plaintiffs*