IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| MATHEW WHITEST, et al., | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * CIVIL ACTION NO.: |
| | * 1:17-CV-00109-LAG |
| | * |
| CRISP COUNTY GEORGIA BOARD OF EDUCATION, ET AL., | * |
| | * |
| | * |
| Defendants. | * |

## MOTION FOR AN ADDITIONAL STAY OF ALL PROCEEDINGS

**COME NOW** Plaintiff Crandall Postell (hereinafter "Postell"), pro se, hereby move this Court for an additional order staying all deadlines (all proceeding) in this case until the case of *Crandall O. Postell v. Leslie Abrams Gardner, et al.,* has been resolved (See attached as Exhibit "A"). This Court has granted previous stays based upon the parties representation and belief that they could reach a settlement agreement and present a proposed consent order to the Court. Since the grant of the last stay, on December 7th 2021, Postell filed in the Middle District of Georgia, Atlanta Division, a lawsuit against Judge Leslie Abrams Gardner for due process violation and race discrimination which issues occurred in this case and the case of *Crandall O. Postell v. The City of Cordele, Georgia, et al.*. In addition, once Postell recover damages from the ACLU, he will hire an attorney to represent his interest before the conclusion of this case.

For purposes of judicial efficiency and the conservation of public resources, Postell respectfully request that the above=styled case be stayed until a resolution occur in *Postell v. Gardner, et al.* The Court has the authority to stay all proceedings of a lawsuit pursuant to its powers under and as provided by Federal law. *Landis v. North American Co.*, 299 U.S. 248, 254 (1936) (The power of a trial court to stay an action pending on its docket is incidental to the

power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants.).

Based on the foregoing, Postell respectfully request the Court stay all proceedings in this case.

This 8th day of December, 2021.

_____
Crandall O. Postell, pro se
311 1st Ave. West, Apt. A
Cordele, Georgia 31015
(229) 322-7667

## CERTIFICATE OF SERVICE

I hereby certify that on December 8th, 2021, I filed the foregoing **MOTION FOR AN ADDITIONAL STAY OF ALL PROCEEDINGS** with the Clerk of the Court. The Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing and by U.S. Mail to the following parties and attorneys of record:

> Dale E. Ho – dho@aclu.org
> Sean J. Young – syoung@acluga.org
> Bryan L. Sells – bryan@bryansellslaw.com
> Phillip L. Hartley – phartley@hhhlawyers.com
> Hieu M. Nguyen – hnguyen@hhhlawyers.com
> Frank B. Strickland – fbs@sbllaw.net
> Bryan P. Tyson – btyson@taylorenglish.com
> Loree Anne Paradise – lparadise@taylorenglish.com
> Sarah Williamson – Swilliamson3507@yahoo.com
> Kenya Williamson – kenya9501@gmail.com
> Betty Jean Williamson – Swilliamson3507@yahoo.com
> George Whitehead, Jr. - brownhiduke@yahoo.com

*/s/ Crandall O. Postell*
Crandall O. Postell, pro se
311 1st Ave. West, Apt. A
Cordele, Georgia 31015
(229) 322-7667