IN THE UNITED STATE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| MATHEW WHITEST, et al., | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * CIVIL ACTION NO.: |
| | * 1:17-CV-00109-LAG |
| | * |
| CRISP COUNTY GEORGIA BOARD | * |
| OF EDUCATION, et al., | * |
| | * |
| Defendants. | * |

## **NOTICE OF APPEAL**

Notice is hereby given that Crandall O. Postell, plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the final judgment issued by the Court in this action on the 28th day of April, 2022 (*see* ECF No. 160).

This 26th day of May, 2022.

/s/Crandall O. Postell
CRANDALL O. POSTELL, pro se
311 1st Avenue West, Apt. A
Cordele, Georgia 31015
(229) 322-7667
postellbarbershop@gmail.com

CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of May, 2022, I have served the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing and by U.S. Mail to the following parties and attorney of record:

      Dale E. Ho – dho@aclu.org
      Sean J. Young – syoung@acluga.org
      Bryan L. Sells – bryan@bryansellslaw.com
      Phillip L. Hartley – phartley@hhhlawyers.com
      Hieu M.Nguyen – hnguyen@hhhlawyers.com
      Frank B. Strickland – fbs@sbllaw.net
      Bryan P. Tyson – btyson@taylorenglish.com
      Loree Anne Paradise – lparadise@taylorenglish.com
      Sarah Williamson – Swilliamson3507@yahoo.com
      Kenya Williamson – kenya9501@gmail.com
      Betty Jean Williamson – Swilliamson3507@yahoo.com
      George Whitehead, Jr. – brownhiduke@yahoo.com

                                              /s/Crandall o. Postell
                                              CRANDALL O. POSTELL, pro se
                                              311 1st Avenue West, Apt. A
                                              Cordele, Georgia 31015
                                              (229) 322-7667
                                              postellbarbershop@gmail.com