# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ALBANY DIVISION

| | |
|---|---|
| MATHEW WHITEST, M.D., et al., <br><br> Plaintiffs, <br><br> v. <br><br> CRISP COUNTY, GEORGIA BOARD OF EDUCATION, et al., <br><br> Defendants. | Civil No. 1:17-cv-00109-LJA |

## NOTICE OF ATTORNEY WITHDRAWAL

Pursuant to M. D. Ga. L.R. 83.1.4, Cory Isaacson hereby files this notice of withdrawal as counsel for all Plaintiffs, in the above-referenced matter, on the grounds that the Notice to Appear as Counsel was filed in error and she does not represent Plaintiffs in this matter who will continue to be represented by counsel of record.

WHEREFORE, the undersigned counsel respectfully notifies this Court that she is withdrawing as counsel for the Plaintiffs in this matter.

Respectfully submitted this 16th day of November, 2022.

/s/ Cory Isaacson
Cory Isaacson
Ga. Bar No. 983797
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF GEORGIA
P.O. Box 570738
Atlanta, GA 30357
(404) 594-2723
cisaacson@acluga.org