IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 22-11826-HH

MATTHEW WHITEST, et al.,

            Plaintiff,

CRANDALL POSTELL,

            Plaintiff - Appellant,

versus

CRISP COUNTY SCHOOL DISTRICT,
BECKY PERKINS,
in her official capacity as Elections' Supervisor
of the Crisp County Board of Elections and
Registration,
JUSTIN POSEY,
in his official capacity as a member of the
Crisp County Board of Education,
DR ELIZABETH MADDOX,
in her official capacity as a member of the
Crisp County Board of Education,
LELEE PHINNEY,
in her official capacity as a member of the
Board of Education of Crisp County, et al.,

            Defendants - Appellees.

------------------------
On Appeal from the United States District Court for the
Middle District of Georgia
------------------------

BEFORE: ROSENBAUM and BRASHER, Circuit Judges.

BY THE COURT:

    "Appellant Crandall Postell's Motion to Set Aside Dismissal and Remedy the Default" is

GRANTED. The parties have fourteen (14) days from the date of this order to file a notice with the Clerk specifying which motions mooted by the dismissal of this appeal, if any, are to be renewed. The time for filing a response to any renewed motion runs from the date the opposing party's notice is docketed. Parties seeking to renew a motion after the 14-day renewal period expires will be required to refile the motion.