# In the
# United States Court of Appeals
# For the Eleventh Circuit

_____

No. 22-11826

_____

MATTHEW WHITEST,
CURTIS LUCAS, JR.,

                                                                                Plaintiffs-Appellees,

CRANDALL POSTELL,

                                                                                Plaintiff-Appellant,

*versus*

CRISP COUNTY SCHOOL DISTRICT,
BECKY PERKINS,
in her official capacity as Elections' Supervisor
of the Crisp County Board of Elections and
Registration,
JUSTIN POSEY,
in his official capacity as a member of the
Crisp County Board of Education,
DR ELIZABETH MADDOX,
in her official capacity as a member of the

2                                                                                                                22-11826

Crisp County Board of Education,
LELEE PHINNEY,
in her official capacity as a member of the
Board of Education of Crisp County, et al.,

                                                                       Defendants-Appellees.

_____

Appeal from the United States District Court
for the Middle District of Georgia
D.C. Docket No. 1:17-cv-00109-LAG

_____

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: December 13, 2023

For the Court: DAVID J. SMITH, Clerk of Court

ISSUED AS MANDATE: January 11, 2024