## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## ALBANY DIVISION

| | |
|---|---|
| MATHEW WHITEST, *et al.*, | : |
| Plaintiffs, | : |
| v. | : CASE NO.: 1:17-CV-109 (LAG) |
| CRISP COUNTY SCHOOL DISTRICT, *et al.*, | : |
| Defendants. | : |

## ORDER

The Court has been advised that the Parties have agreed to a settlement of the fee issue, which is the only outstanding issue in this case. (Doc. 174). The Court hereby **DIRECTS** the Clerk of Court to administratively close the case in order to allow the parties to finalize the settlement agreement. The Parties are **ORDERED** to file a Stipulation of Dismissal or move to reopen this case no later than **thirty (30) days** of the date of this Order.

**SO ORDERED**, this 28th day of March, 2024.

/s/ Leslie A. Gardner
**LESLIE A. GARDNER, JUDGE**
**UNITED STATES DISTRICT COURT**