# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ALBANY DIVISION

| | |
|---|---|
| MATTHEW WHITEST, *et al.*, | : |
| Plaintiffs, | : |
| v. | : CASE NO.: 1:17-CV-109 (LAG) |
| CRISP COUNTY SCHOOL DISTRICT, *et al.*, | : |
| Defendants. | : |

## ORDER

The Court finds that the Defendants have complied fully with the provisions of this Court's order of April 28, 2022 (ECF 160). For these reasons and those stated in the orders of August 20, 2021 (ECF 119), and April 28, 2022 (ECF 160), final judgment is hereby entered in favor of the Plaintiffs. Plaintiffs Motion to Reopen the Case and Enter Final Judgment (ECF 184) is **DENIED as moot**.

**SO ORDERED**, this 19th day of February, 2025.

/s/ Leslie A. Gardner
**LESLIE A. GARDNER, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**